**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                              **Case No. 4:18-cr-00209 KGB**

**DEMARCUS LAMONT KING**                                      **DEFENDANT**

**AMENDMENT TO JUDGMENT AND COMMITMENT ORDER**

Defendant Demarcus Lamont King plead guilty to a charge of Felon in Possession of a Firearm and Ammunition in violation of 18 U.S.C. § 922(g)(1).  On September 9, 2020, this Court sentenced Mr. King to 180 months of imprisonment to be followed by three years of supervised release and imposed a $100.00 mandatory special assessment.  For the reasons stated on the record, Mr. King's term of imprisonment is to run concurrent to any sentence imposed in Pulaski County Case Nos. CR20-501 and CR20-562.

The Court has been notified that Mr. King had a pending state revocation matter that the parties were not aware of at the time of this Court's sentencing.  Mr. King requests that the sentence herein also run concurrent to any sentence imposed in the state revocation matter.  Counsel for the government has communicated to the Court that she does not object to the request.

Therefore, the sentence this Court imposed on September 9, 2020, and the Judgment and Commitment Order entered on September 16, 2020 (Dkt. Nos. 50-52), are hereby amended by agreement of the parties and the Court to reflect that Mr. King is sentenced to 180 months of imprisonment to run concurrent to any sentence imposed in Pulaski County Case Nos. CR20-501, CR20-562, and CR16-1650.

All other conditions contained in the original Judgment and Commitment Order remain in full force and effect.

2

The Clerk is directed to provide a copy of this order to counsel, the United States Probation Office, and the United States Marshals Office.

It is so ordered this 22nd day of September, 2020.

_____
Kristine G. Baker
United States District Court